# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S. DOUGLAS STINEMETZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-CV-2037 KHV/KGS |
| GERALD E. O'SHAUGHNESSY, | ) |
| Defendant. | ) |

## PETITION FOR BREACH OF GUARANTY

COMES NOW Plaintiff S. Douglas Stinemetz ("Stinemetz"), by and through his attorneys, and for his Petition for Breach of Guaranty against Defendant Gerald E. O'Shaughnessy ("O'Shaughnessy"), alleges and states as follows:

1. Plaintiff S. Douglas Stinemetz is a resident of Houston, Texas.

2. Defendant Gerald E. O'Shaughnessy is a Kansas resident and may be served with process at 851 Tara, Wichita, Kansas 67206.

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

5. On or about May 19, 2003, O'Shaughnessy, on behalf of Arianna Limited, an Isle of Man Company ("Arianna Limited"), in connection with the distribution of profits of Petrus, a Russian joint venture, and for good and valuable consideration, agreed to pay Alexander Djaparidize ("Djaparidize") by no later than May 19, 2006, the amount of $200,000 with interest accruing at the annual rate of 3% from May 19, 2003 forward (the "Debt").

6. On or about May 19, 2003, O'Shaughnessy made, executed and delivered to Djaparidize a personal guaranty ("Guaranty"), absolutely and unconditionally guarantying to

2

Djaparidize the payment of the Debt. A true and correct copy of the Guaranty is attached as Exhibit A.

7. O'Shaughnessy drafted the Guaranty.

8. Arianna Limited defaulted on its obligation to pay the Debt.

9. On or about October 5, 2006, a demand was made on O'Shaughnessy for payment of the Debt, pursuant to his obligations under the Guaranty. A true and correct copy of the demand is attached as Exhibit B.

10. On or about August 30, 2008, a second demand was made on O'Shaughnessy for payment of the Debt, pursuant to his obligations under the Guaranty. A true and correct copy of the demand is attached as Exhibit C.

11. On or about October 31, 2008, and for good and valuable consideration, Djaparidize assigned the Guaranty to Stinemetz. A true and correct copy of the Assignment of Guaranty is attached as Exhibit D.

12. On or about November 17, 2008, a third demand was made on O'Shaughnessy for payment of the Debt, pursuant to his obligations under the Guaranty. A true and correct copy of the demand is attached as Exhibit E.

13. Despite demand, O'Shaughnessy has failed and refused to pay the Debt.

14. O'Shaughnessy has breached his obligation to pay the Debt, pursuant to his obligations under the Guaranty.

15. Stinemetz has been damaged by O'Shaughnessy's breach of his obligations under the Guaranty.

WHEREFORE, Stinemetz respectfully requests the Court enter judgment in his favor, award Stinemetz the principal amount of $200,000, plus interest accruing annually at the rate of

3% from May 19, 2003 forward, as well as his attorney's fees and costs, and for such other and further relief as the Court deems just and proper.

                                                       Respectfully submitted,

                                                       **BRYAN CAVE LLP**


                                                       By: /s Rebecca S. Jelinek
                                                          Elaine Drodge Koch     KS #13918
                                                          Rebecca S. Jelinek     KS #20322
                                                          1200 Main Street, Ste. 3500
                                                          Kansas City, Missouri 64105
                                                         Telephone: (816) 374-3200
                                                         Facsimile: (816) 374-3300

                                                      Attorneys for Plaintiff