AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

S. DOUGLAS STINEMETZ

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:   09-CV-2037 KHV/KGS

GERALD E. O'SHAUGHNESSY

TO: (Name and address of defendant)

GERALD E. O'SHAUGHNESSY
851 Tara
Wichita, KS 67206

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elaine Drodge Koch
Rebecca S. Jelinek
Bryan Cave LLP
1200 Main Street, Ste. 3500
Kansas City, Missouri   64105
Telephone:  (816) 374-3200
Facsimile:  (816) 374-3300

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Timothy M. O'Brien, Clerk of Court
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

January 26, 2009
DATE

s/Tami Anthony
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-27-09 |
| NAME OF SERVER (PRINT) VAN L. JOHNSON | TITLE SPECIAL PROCESS SERVER |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CONNOR O'SHAUGHNESSY (SON)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-27-09
             Date

Signature of Server: *Van Johnson*

Address of Server: 2263 N. Bluff Wichita KS 67220

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.