### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S. DOUGLAS STINEMETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CV-2037 KHV/KGS |
| ) | |
| GERALD E. O'SHAUGHNESSY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff S. Douglas Stinemetz, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and dismisses his claims against Defendant Gerald E. O'Shaughnessy in this action with prejudice, with the parties to bear their own costs, attorney's fees, and expenses.

Respectfully submitted,

**BRYAN CAVE LLP**

By: s/ Rebecca S. Jelinek
    Elaine Drodge Koch    KS #13918
    Rebecca S. Jelinek    KS #20322
    1200 Main Street, Ste. 3500
    Kansas City, Missouri  64105
    Telephone:  (816) 374-3200
    Facsimile:  (816) 374-3300

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies to the Court that a true and correct copy of the above and foregoing was served via U.S. mail, postage pre-paid, this 12th day of June, 2009, to:

Gerald E. O'Shaughnessy
851 Tara
Wichita, Kansas  67206

Defendant

                                                       s/ Rebecca S. Jelinek
                                                      Attorney for Plaintiff

957535.1